# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CYNTHIA A. STONE et al., individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiffs, ) ) v. ) ) ) ) WASHINGTON MUTUAL BANK et al., ) ) Defendants. ) | Case No. 10 C 6410<br>Hon. Matthew F. Kennelly<br><br>For Damages<br>and Equitable Relief<br>under the Racketeer<br>Influenced and Corrupt<br>Organizations Act<br><br>Plaintiff Demands<br>Trial by Jury |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, by their attorney, Robert L. Stone & Assocs., P.C., pursuant to Rule 419(a)(1)(A)(i), Fed. Rules Civ. Pro., and voluntarily dismiss Defendants Diane Weinberger and Ally Financial, Inc., without prejudice, for lack of jurisdiction.

                                                                                 Plaintiffs

                                                  By: _____
                                                       Robert L. Stone
                                                       Robert L. Stone & Assocs., P.C.
                                                       their attorney

Robert L. Stone
P. O. Box 378070
Chicago, IL 60637
tel: 773-684-9231
fax: 773-256-1288
e-mail: RobertLStone@yahoo.com