**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Cynthia A Stone, et al.
                              Plaintiff,

v.                                                   Case No.: 1:10−cv−06410
                                                          Honorable Matthew F. Kennelly

Washington Mutual Bank, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 1, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held. Plaintiff's oral motion to voluntarily dismiss case without prejudice is granted., Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.